| | |
|---|---|
| Frank E. Simmerman, Jr. | *Of Counsel*: |
| Chad L. Taylor | |
| Frank E. Simmerman, III | Bruce M. Wexler |
| clt@simmermanlaw.com | Preston K. Ratliff II |
| SIMMERMAN LAW OFFICE PLLC | PAUL HASTINGS LLP |
| 254 East Main Street Edison Place | 200 Park Avenue |
| Clarksburg, WV 26301 | New York, NY 10166 |
| (304) 623-4900 | (212) 318-6000 |

*Attorneys for Plaintiffs*
*Actelion Pharmaceuticals US, Inc. and*
*Actelion Pharmaceuticals Ltd*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| ACTELION PHARMACEUTICALS US, INC. and ACTELION PHARMACEUTICALS LTD<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC.,<br><br>Defendant. | **Civil Action No. 1:23-CV-88**<br><br>**(Filed Electronically)** |

**CONSENT JUDGMENT**

Actelion Pharmaceuticals US, Inc. ("Actelion Inc.") and Actelion

Pharmaceuticals Ltd ("Actelion Ltd") (Actelion Inc. and Actelion Ltd collectively, "Actelion"),

and Mylan Pharmaceuticals Inc. ("Mylan"), parties in the above-captioned action ("Action"),

have resolved this litigation for good cause and valuable consideration recognized by Actelion

and Mylan.  Now the parties, by their respective undersigned attorneys, hereby stipulate and

consent to entry of judgment and an injunction in the action, as follows:

IT IS this 20th day of September, 2024:

ORDERED, ADJUDGED AND DECREED as follows:

1.      This District Court has jurisdiction over the subject matter of the above

action and has personal jurisdiction over the parties.

2.      As used in this Consent Judgment, (i) the term "Mylan Product" shall

mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug

Application No. 211161 (including any supplements or amendments thereto or replacements

thereof) ("Mylan's ANDA No. 211161"); (ii) the term "Licensed Patent" shall mean United

States Patent Number 7,094,781; and (iii) the term "Affiliate" shall mean any entity or person

that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is

under common control with Mylan; for purposes of this definition, "control" means

(a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent

(50%) of the shares of stock entitled to vote for the election of directors, in the case of a

corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other

type of legal entity or status as a general partner in any partnership, or (b) any other arrangement

whereby an entity or person has the right to elect a majority of the Board of Directors or

equivalent governing body of a corporation or other entity or the right to direct the management

and policies of a corporation or other entity.

3.      Solely for the purposes of settling the Action, Mylan admits that the

claims of the Licensed Patent are valid and enforceable, and that the claims of the Licensed

Patent would be infringed by the commercial manufacture, use, sale, offer for sale, or importation of the Mylan Product in the United States prior to expiration of the Licensed Patent.

4.      Unless otherwise specifically authorized by Actelion, Mylan, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patent, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing the Mylan Product in the United States.

5.      This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment.

6.      All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

7.      Nothing herein shall prohibit or restrict Mylan from maintaining or filing paragraph IV certifications in Mylan's ANDA No. 211161 under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) (as amended or supplemented) and nothing herein shall prohibit or restrict the Food and Drug Administration from reviewing or approving Mylan's ANDA No. 211161 at any time.  Each party acknowledges and agrees that the 30-month stay with respect to Mylan's ANDA No. 211161 under 21 U.S.C. § 355(j)(5)(B)(iii) is hereby terminated.

_____
Chief Judge Thomas S. Kleeh, W.V.N.D.

We hereby consent to the form and entry of this Order:

By: /s/Chad L. Taylor

Frank E. Simmerman, Jr.
(WVSB# 3403)
Chad L. Taylor
(WVSB# 10564)
Frank E. Simmerman, III
(WVSB #10584)
clt@simmermanlaw.com
SIMMERMAN LAW OFFICE PLLC
254 East Main Street Edison Place
Clarksburg, WV 26301
(304) 623-4900 (Telephone)
(304) 623-4906 (Facsimile)

Of Counsel:

Bruce M. Wexler
Preston K. Ratliff II
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Plaintiffs*
*Actelion Pharmaceuticals US, Inc. and*
*Actelion Pharmaceuticals Ltd*

By: /s/William J. O'Brien

Gordon H. Copland
(WV Bar #828)
gordon.copland@steptoe-johnson.com
William J. O'Brien
(WV Bar #10549)
william.obrien@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard Bridgeport, West
Virginia 26330 (304) 933-8000

Of Counsel:

Robert L. Florence
robertflorence@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree Street, N.E.
Suite 1500
Atlanta, Georgia 30309
(678) 690-5750

*Attorneys for Defendant*
*Mylan Pharmaceuticals Inc.*